**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**HATTIESBURG DIVISION**

**JEROME DORSEY #42055**                                    **PLAINTIFF**

**VS**                                    **CIVIL ACTION NO. 2:04cv253RHW**

**DOLAN WALLER, et al**                                    **DEFENDANTS**

## FINAL JUDGMENT ON JURY VERDICT

On the 29th day of March 2006, a jury consisting of seven (7) individuals was chosen, duly

impaneled and sworn to try the remaining issues of fact in this cause, and this case was tried that day

on the merits with plaintiff proceeding *pro se* and defendants Dolan Waller, Donald Jackson and

Jason Ellis being represented by counsel, and after hearing the evidence presented by the parties and

the instructions on the law as approved by the Court, the jury retired and considered the same and

forthwith returned into open Court the following verdict:

Do you unanimously find that the Plaintiff sustained his burden to prove by a  preponderance
of the evidence that he was subjected to unreasonably cold temperatures at WCCF that violated his
Eighth Amendment right to be free from cruel and unusual punishment?  If your answer is "yes",
proceed to question #2.  If your answer is "no" then your verdict is for the Defendants; do not answer
any further questions, but please have the foreperson sign and return the Special Interrogatory form.

YES_____  NO _____X_____

Based on the verdict of the jury, and noting that defendants Joseph Blackston, Jerry Welch

Moses Young, Joe Herrington, Sue Burkhalter and Ricardo Nimo were previously dismissed by

summary judgment or otherwise, this case is now fully and finally DISMISSED with prejudice and

there are no further claims or issues before the Court.

IT IS SO ORDERED AND ADJUDGED on this the 3rd day of April, 2006.


s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE